FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JAN 05 2026

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Jerome S. Hicks, Plaintiff**
v.
**Southern Management Companies, LLC; Susan Hillman (CEO); Marcia Lynch (HR Director); Vice President of Property Management, Defendants**

**COMPLAINT**

This action arises from retaliation and breach of fiduciary duties following Plaintiff's EEOC Charge No. 531-2024-03388.

**Jurisdiction and Venue.** This Court has jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367.

**Facts.** Defendants exercised exclusive control over Plaintiff's Required Live-On housing account and acted as constructive trustees.

Plaintiff requested an accounting dating back to 2008. HR admitted misunderstanding and still failed to provide an accounting (Exhibits A–D).

Following protected activity, Defendants removed agreed housing discounts, causing arrears.

**Counts.** Count I – Retaliation (Title VII). Count II – Breach of Fiduciary Duty. Count III – Breach of Contract.

**Relief.** Plaintiff seeks damages, accounting, equitable relief, and costs.

JURY DEMAND

Plaintiff demands trial by jury.

/s/ Jerome S. Hicks
Jerome S. Hicks, Pro Se
Date: 1-6-2026

6000 California Circle 214
Rockville MD 20852

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Jerome S. Hicks, Plaintiff**
v.
**Southern Management Companies, LLC, et al., Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on the __6__ day of __January__, 2026, I caused a true and correct copy of the foregoing pleadings to be served upon the following parties by U.S. Mail and/or electronic means as permitted by Fed. R. Civ. P. 5:

Southern Management Companies, LLC
7950 Jones Branch Drive, Suite 500N
McLean, VA 22102

Susan Hillman, Chief Executive Officer
c/o Southern Management Companies, LLC

Marcia Lynch, Human Resources Director
c/o Southern Management Companies, LLC

/s/ Jerome S. Hicks
Jerome S. Hicks, Pro Se
Date: 1-6-2026