## Exhibit A – Retaliation Timeline

- EEOC Charge filed – Charge No. 531-2024-03388.
- Several months later: Plaintiff contacted Human Resources regarding required employment accounting.
- Shortly thereafter: Management actions and adverse treatment began.
- Continuing pattern of retaliatory conduct following protected activity.