AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jerome S. Hicks Jr.
*Plaintiff(s)*

v.

Civil Action No. DLB 26 CV 0 0 0 1 7

Georgia Glatty
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Georgia Glatty Vice President of Property Management
7950 Jones Branch Dr. Ste. 500N
McLean, VA 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerome Sterling Hicks Jr
6000 California Circle 214
Rockville MD 20852

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-6-2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____

Jerome S. Hicks Jr.
_Plaintiff(s)_

v.

Marcus Lynch
_Defendant(s)_

Civil Action No. DLB 26 CV 0 0 0 1 7

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Marcus Lynch
7950 Jones Branch Dr. Ste 500W
McLean, VA 22102

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerome Sterling Hicks Jr.
6000 California Circle 214
Rockville, MD 20852

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                                                 _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jerome S. Hicks, J.
_____
Plaintiff(s)

v.

Susan Hillman
_____
Defendant(s)

Civil Action No. DLB 26 CV 00017

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Susan Hillman
7950 Jones Branch Dr. St. 500W
McLean, VA. 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerome Sterling Hicks, Jr.
10000 California Circle 214
Rockville, Md- 20852

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-6-2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jerome Sterling Hicks Jr.
_____
Plaintiff(s)

v.   Civil Action No. DLB 26 CV 0 0 0 1 7

Southern Management Companies LLC
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Miramont Villas LP % Southern Management Companies
6040 California Circle
Rockville, Md. 20852

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerome Sterling Hicks Jr.
6000 California Circle 214
Rockville, Md. 20852

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-6-2026                          _____
                                         *Signature of Clerk or Deputy Clerk*